ORIGINAL

# United States District Court

FOR THE

75                09 HAWAII
_____          _____

CR 03-00421  786074

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A1163882 H13 | 04/25/03 |
| **A116388 H13** | **04/25/03** |
| **No No-fault insurance** | |

### UNITED STATES OF AMERICA
VS.

JACOBY, GILBERT M

66-117 OLIANA PL
WAILUA          HI   96712

*Defendant.*

**MANDATORY COURT APPEARANCE IS REQUIRED.**

OFFENSE: RECKLESS DRIVING

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

at ____ o'clock and ____ M.
SUE BEITIA, CLERK

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available
United States Magistrate Judge to answer to the above stated charge(s).

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
BAIL FIXED AT $100.00 SIGNATURE BOND.          WALTER A.Y.H. CHINN, Clerk
By _____
Deputy Clerk

Date **August 26, 2003**          **U.S. MAGISTRATE JUDGE KEVIN S. CHANG**
*United States Magistrate Judge*

---

## RETURN

| | Date | Location |
|---|---|---|
| **RECEIVED** | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

DISMISSED
Date: APR 3 0 2008
District

Name _____ Title _____

Date _____ Signature _____